No. 381. SIOUX CITY BRIDGE COMPANY *v.* DAKOTA COUNTY, NEBRASKA. November 14, 1921. Petition for a

writ of certiorari to the Supreme Court of the State of Nebraska granted. *Mr. Wymer Dressler* for petitioner. *Mr. F. W. Sargent* for respondent. [See *post*, 652; *ante*, 628.]